IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IRENE DUCEY | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-13-3918 |
| MIDLAND FUNDING, LLC, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The parties having filed a Stipulation to Transfer Venue to the United States District Court for the Southern District of California (ECF#11) and the Court having conducted a telephone conference with counsel on this date;

IT IS HEREBY ORDERED this 29th day of January, 2015 that said Stipulation is GRANTED and APPROVED and, this case shall hereby be so transferred;

IT IS FURTHER HEREBY ORDERED that the Motion to Dismiss for Lack of Jurisdiction (ECF#6) is DENIED as MOOT.

_____/s/_____
Richard D. Bennett
United States District Judge